IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON EUGENE POTTER                                              PLAINTIFF

      v.            Civil No. 05-5143

BENTON COUNTY SHERIFF'S
DEPARTMENT; and JAILER BOOTH                                       DEFENDANTS

## **ORDER**

The plaintiff has requested leave to amend page four of his complaint containing his prayer for relief. The request is granted. The clerk is directed to file the attached page as a supplement or amendment to the complaint.

IT IS SO ORDERED this 8th day of September 2005.

                                                /s/ Beverly Stites Jones
                                                UNITED STATES MAGISTRATE JUDGE