IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRANDON EUGENE POTTER**                                 **PLAINTIFF**

       v.          Civil No. 05-5143

**BENTON COUNTY SHERIFF'S
DEPARTMENT; and JAILER BOOTH**                  **DEFENDANTS**

### O R D E R

Now on this 16th day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                               **/s/Jimm Larry Hendren**
                                               **JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE**